# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-CV-00301-RJC |
| Plaintiff, | |
| v. | |
| RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, | |
| Defendants. | |

## DECLARATION OF BRETT D. STECKER IN SUPPORT OF HENRY FRENZEL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>

I, Brett D. Stecker, hereby declare as follows:

1. I am an attorney with the law firm Shuman, Glenn & Stecker, liaison counsel for Lead Plaintiff movant Henry Frenzel ("Frenzel") and proposed Liaison Counsel for the Class in the above-captioned action. I make this declaration in support of Frenzel's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published March 4, 2021 on *PR Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B: Frenzel's Signed PSLRA Certification;

Exhibit C: Table of Frenzel's calculated losses, as a result of transactions in Range Resources Corporation common stock;

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E: Firm résumé of Shuman, Glenn & Stecker.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of May 2021.

*/s/ Brett D. Stecker*
Brett D. Stecker

## <u>PROOF OF SERVICE</u>

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 3, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Western District of Pennsylvania, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2021, at Ardmore, Pennsylvania.

*/s/ Brett D. Stecker*
Brett D. Stecker