# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

Range Resources Corporation, **SECURITIES LITIGATION**

I,      Henry Frenzel                                    , certify:

1.  I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2.  I did not purchase Range Resources Corporation, the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Range Resources Corporation, during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5.  I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ☐ Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

3/25/2021

Dated: _____

DocuSigned by:

_____
A8E6192C303B4FD...

Henry Frenzel

**Henry Frenzel's Transactions in Range Resources Corporation (RRC)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/14/2016 | Bought | 500 | $33.1199 |
| 1/9/2017 | Bought | 100 | $32.6499 |
| 2/8/2017 | Bought | 400 | $33.2799 |
| 2/13/2017 | Bought | 500 | $32.5950 |
| 2/24/2017 | Bought | 500 | $27.3699 |
| 3/3/2017 | Bought | 1,000 | $27.5299 |
| 4/17/2017 | Bought | 1,000 | $27.7000 |
| 5/19/2017 | Bought | 2,500 | $28.0000 |
| 6/13/2017 | Bought | 500 | $28.0000 |
| 6/16/2017 | Bought | 2,000 | $28.0000 |
| 8/29/2017 | Bought | 2,000 | $25.0000 |
| 9/15/2017 | Bought | 500 | $25.0000 |
| 11/16/2017 | Sold | -500 | $17.1900 |
| 12/14/2017 | Sold | -500 | $16.1300 |
| 8/2/2018 | Sold | -50 | $15.2200 |
| 10/29/2018 | Sold | -500 | $16.1200 |
| 10/30/2018 | Sold | -500 | $15.4300 |
| 10/30/2018 | Sold | -500 | $15.4700 |
| 11/27/2018 | Sold | -500 | $14.5900 |
| 11/27/2018 | Sold | -500 | $14.5701 |
| 12/7/2018 | Sold | -1,000 | $13.8250 |
| 1/7/2019 | Bought | 1,000 | $10.9600 |
| 1/17/2019 | Sold | -34 | $11.5400 |
| 1/31/2019 | Bought | 1,000 | $11.2000 |
| 2/20/2019 | Sold | -2,000 | $11.1017 |
| 3/29/2019 | Sold | -1,000 | $11.2400 |
| 5/3/2019 | Sold | -500 | $8.8850 |
| 6/4/2019 | Sold | -1,500 | $8.3400 |
| 6/10/2019 | Sold | -500 | $7.2800 |
| 7/23/2019 | Sold | -300 | $5.5100 |
| 8/6/2019 | Bought | 100 | $4.2900 |
| 10/3/2019 | Bought | 1,000 | $3.4700 |
| 11/7/2019 | Bought | 1,000 | $4.5600 |
| 11/13/2019 | Sold | -1,000 | $4.2600 |
| 11/15/2019 | Sold | -140 | $4.1850 |
| 11/20/2019 | Sold | -700 | $3.5500 |
| 12/11/2019 | Bought | 1,000 | $4.0800 |
| 2/3/2020 | Sold | -500 | $3.0300 |
| 2/12/2020 | Sold | -500 | $3.2400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/11/2020 | Sold | -200 | $1.9200 |
| 3/19/2020 | Sold | -300 | $2.8950 |
| 3/25/2020 | Sold | -500 | $2.8700 |
| 3/26/2020 | Sold | -500 | $2.5526 |
| 4/27/2020 | Sold | -250 | $5.1100 |
| 5/26/2020 | Sold | -270 | $6.2200 |
| 7/24/2020 | Bought | 500 | $6.7800 |
| 8/28/2020 | Bought | 500 | $7.8300 |
| 9/15/2020 | Sold | -500 | $7.0900 |
| 9/15/2020 | Sold | -500 | $7.2910 |
| 12/8/2020 | Bought | 300 | $6.7150 |

## Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/12/2019 | Bought | 300 | $6.5950 |
| 8/5/2019 | Bought | 40 | $4.7700 |
| 9/23/2020 | Bought | 500 | $7.7800 |