# EXHIBIT C

Loss Chart

**Company Name:** Range Resources Corporation
**Ticker:** RRC
**Class Period:** April 29, 2016 to February 10, 2021
**Name:** Henry Frenzel

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/14/2016 | 500 | $33.1199 | -$16,559.9500 | | $0.0000 | -$16,559.95 |
| 1/9/2017 | 100 | $32.6499 | -$3,264.9900 | | $0.0000 | -$3,264.99 |
| 2/8/2017 | 400 | $33.2799 | -$13,311.9600 | | $0.0000 | -$13,311.96 |
| 2/13/2017 | 500 | $32.5950 | -$16,297.5000 | | $0.0000 | -$16,297.50 |
| 2/24/2017 | 500 | $27.3699 | -$13,684.9500 | | $0.0000 | -$13,684.95 |
| 3/3/2017 | 1,000 | $27.5299 | -$27,529.9000 | | $0.0000 | -$27,529.90 |
| 4/17/2017 | 1,000 | $27.7000 | -$27,700.0000 | | $0.0000 | -$27,700.00 |
| 5/19/2017* | 2,500 | $28.0000 | -$70,000.0000 | | $0.0000 | -$70,000.00 |
| 6/13/2017* | 500 | $28.0000 | -$14,000.0000 | | $0.0000 | -$14,000.00 |
| 6/16/2017* | 2,000 | $28.0000 | -$56,000.0000 | | $0.0000 | -$56,000.00 |
| 8/29/2017* | 2,000 | $25.0000 | -$50,000.0000 | | $0.0000 | -$50,000.00 |
| 9/15/2017* | 500 | $25.0000 | -$12,500.0000 | | $0.0000 | -$12,500.00 |
| 11/16/2017 | -500 | | $0.0000 | $17.1900 | $8,595.0000 | $8,595.00 |
| 12/14/2017 | -500 | | $0.0000 | $16.1300 | $8,065.0000 | $8,065.00 |
| 8/2/2018 | -50 | | $0.0000 | $15.2200 | $761.0000 | $761.00 |
| 10/29/2018 | -500 | | $0.0000 | $16.1200 | $8,060.0000 | $8,060.00 |
| 10/30/2018 | -500 | | $0.0000 | $15.4300 | $7,715.0000 | $7,715.00 |
| 10/30/2018 | -500 | | $0.0000 | $15.4700 | $7,735.0000 | $7,735.00 |
| 11/27/2018 | -500 | | $0.0000 | $14.5900 | $7,295.0000 | $7,295.00 |
| 11/27/2018 | -500 | | $0.0000 | $14.5701 | $7,285.0500 | $7,285.05 |
| 12/7/2018 | -1,000 | | $0.0000 | $13.8250 | $13,825.0000 | $13,825.00 |
| 1/7/2019 | 1,000 | $10.9600 | -$10,960.0000 | | $0.0000 | -$10,960.00 |
| 1/17/2019 | -34 | | $0.0000 | $11.5400 | $392.3600 | $392.36 |
| 1/31/2019 | 1,000 | $11.2000 | -$11,200.0000 | | $0.0000 | -$11,200.00 |
| 2/20/2019 | -2,000 | | $0.0000 | $11.1017 | $22,203.4600 | $22,203.46 |
| 3/29/2019 | -1,000 | | $0.0000 | $11.2400 | $11,240.0000 | $11,240.00 |
| 5/3/2019 | -500 | | $0.0000 | $8.8850 | $4,442.5000 | $4,442.50 |
| 6/4/2019 | -1,500 | | $0.0000 | $8.3400 | $12,510.0000 | $12,510.00 |
| 6/10/2019 | -500 | | $0.0000 | $7.2800 | $3,640.0000 | $3,640.00 |
| 7/23/2019 | -300 | | $0.0000 | $5.5100 | $1,653.0000 | $1,653.00 |
| 8/6/2019 | 100 | $4.2900 | -$429.0000 | | $0.0000 | -$429.00 |
| 10/3/2019 | 1,000 | $3.4700 | -$3,470.0000 | | $0.0000 | -$3,470.00 |
| 11/7/2019 | 1,000 | $4.5600 | -$4,560.0000 | | $0.0000 | -$4,560.00 |
| 11/13/2019 | -1,000 | | $0.0000 | $4.2600 | $4,260.0000 | $4,260.00 |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/15/2019 | -140 | | $0.0000 | $4.1850 | $585.9000 | $585.90 |
| 11/20/2019 | -700 | | $0.0000 | $3.5500 | $2,485.0000 | $2,485.00 |
| 12/11/2019 | 1,000 | $4.0800 | -$4,080.0000 | | $0.0000 | -$4,080.00 |
| 2/3/2020 | -500 | | $0.0000 | $3.0300 | $1,515.0000 | $1,515.00 |
| 2/12/2020 | -500 | | $0.0000 | $3.2400 | $1,620.0000 | $1,620.00 |
| 3/11/2020 | -200 | | $0.0000 | $1.9200 | $384.0000 | $384.00 |
| 3/19/2020 | -300 | | $0.0000 | $2.8950 | $868.5000 | $868.50 |
| 3/25/2020 | -500 | | $0.0000 | $2.8700 | $1,435.0000 | $1,435.00 |
| 3/26/2020 | -500 | | $0.0000 | $2.5526 | $1,276.3000 | $1,276.30 |
| 4/27/2020 | -250 | | $0.0000 | $5.1100 | $1,277.5000 | $1,277.50 |
| 5/26/2020 | -270 | | $0.0000 | $6.2200 | $1,679.4000 | $1,679.40 |
| 7/24/2020 | 500 | $6.7800 | -$3,390.0000 | | $0.0000 | -$3,390.00 |
| 8/28/2020 | 500 | $7.8300 | -$3,915.0000 | | $0.0000 | -$3,915.00 |
| 9/15/2020 | -500 | | $0.0000 | $7.0900 | $3,545.0000 | $3,545.00 |
| 9/15/2020 | -500 | | $0.0000 | $7.2910 | $3,645.5000 | $3,645.50 |
| 12/8/2020 | 300 | $6.7150 | -$2,014.5000 | | $0.0000 | -$2,014.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,656** | | | | **Subtotal:** | **-$214,873.28** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $16,598.15 |
| | | | $10.0230 | 1,656 | **Total:** | **-$198,275.13** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/12/2019 | 300 | $6.5950 | -$1,978.5000 | | $0.0000 | -$1,978.50 |
| 8/5/2019 | 40 | $4.7700 | -$190.8000 | | $0.0000 | -$190.80 |
| 9/23/2020 | 500 | $7.7800 | -$3,890.0000 | | $0.0000 | -$3,890.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **840** | | | | **Subtotal:** | **-$6,059.30** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $8,419.35 |
| | | | $10.0230 | 840 | **Total:** | **$2,360.05** |

| | |
|---|---|
| Account 1: | -$198,275.13 |
| Account 2: | $2,360.05 |
| **Total Loss:** | **-$195,915.08** |

Notes

*Common stock purchases pursuant to assignment of put options.

The 90-Day Average Price used in this loss chart is the average closing price between February 11, 2021 and May 3, 2021.