**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, <br><br> Defendants. | Case No. 2:21-cv-00301-RJC <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF MARK C. RIFKIN IN SUPPORT OF MOTION OF JAMES KHEDARI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

I, Mark C. Rifkin, declare:

1.    I am a partner with Wolf Haldenstein Adler Freeman & Herz LLP, liaison counsel on behalf of James Khedari ("Movant"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Movants' motion for appointment as Lead Plaintiff for the Class and approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLP as Liaison Counsel.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    Press release published on March 4, 2021, announcing the pendency of the above-captioned action;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    Firm resume of The Rosen Law Firm, P.A.; and

Exhibit 5:    Firm resume Wolf Haldenstein Adler Freeman & Herz LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 3, 2021 in New York, New York.

Dated: May 3, 2021                         Respectfully submitted,

                                          **WOLF HALDENSTEIN ADLER FREEMEN & HERZ LLP**

                                          /s/ Mark C. Rifkin
                                          Mark C. Rifkin (PA ID: 43614)
                                          Matthew M. Guiney
                                          270 Madison Avenue
                                          New York, New York 10016
                                          Telephone: (212) 545-4600
                                          Facsimile: (212) 686-0114
                                          Email: rifkin@whafh.com

Email: guiney@whafh.com

*[Proposed] Liaison Counsel for Lead Plaintiff and Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: May 3, 2021

/s/ Mark C. Rifkin