# EXHIBIT 3

**Range Resources Corporation Loss Chart**
**Class Period: April 29, 2016 through February 10, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 10.01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Khedari, James | 4/17/2017 | 300 | ($27.58) | ($8,274.00) | 2/24/2020 | 500 | $2.97 | $1,485.00 | | | | |
| | 4/19/2017 | 200 | ($27.80) | ($5,560.00) | | | | | | | | |
| | 4/25/2017 | 200 | ($26.92) | ($5,384.00) | | | | | | | | |
| | 5/15/2017 | 100 | ($25.89) | ($2,589.00) | | | | | | | | |
| | 5/25/2017 | 200 | ($23.72) | ($4,744.00) | | | | | | | | |
| | 5/31/2017 | 100 | ($23.18) | ($2,318.00) | | | | | | | | |
| | 6/20/2017 | 300 | ($21.76) | ($6,528.00) | | | | | | | | |
| | 8/15/2017 | 300 | ($17.35) | ($5,205.00) | | | | | | | | |
| | 8/17/2017 | 300 | ($17.83) | ($5,349.00) | | | | | | | | |
| | 9/11/2017 | 300 | ($16.82) | ($5,046.00) | | | | | | | | |
| | 5/10/2018 | 300 | ($14.71) | ($4,413.00) | | | | | | | | |
| | 8/30/2018 | 200 | ($16.53) | ($3,306.00) | | | | | | | | |
| | | 2,800 | | ($58,716.00) | | 500 | | $1,485.00 | 2,300 | $23,018.81 | ($34,212.19) | |