UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY,<br><br>Defendants. | Case No. 2:21-cv-00301-RJC |

DECLARATION OF ALFRED G. YATES, JR. IN SUPPORT OF MOTION OF
HUGH MELNICK FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

I, Alfred G. Yates, Jr., hereby declare as follows:

1. I am an attorney with the Law Office of Alfred G. Yates, Jr., P.C. ("Yates"), counsel on behalf of Hugh Melnick ("Melnick"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Melnick's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel, and Yates as Liaison Counsel, for the Class in the above-captioned action (the "Action").

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Melnick and the estate of Lori Sherriton Melnick (the "Estate") in the Action; |
| Exhibit B: | Shareholder Certifications executed by Melnick on behalf of himself and the Estate; |
| Exhibit C: | Press release published over *PR Newswire* on March 4, 2021, announcing the pendency of the Action; |
| Exhibit D: | Declaration executed by Melnick; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Yates. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 3, 2021 at Pittsnurgh, Pennsylvania.

/s/ *Alfred G. Yates, Jr*
Alfred G. Yates, Jr. (PA 17419)

1