## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Hugh Melnick, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Range Resources Corporation ("Range Resources" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire Range Resources securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Range Resources securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in Range Resources securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed ___4 ) 29 | 21_____
           (Date)

_____
(Signature)

Hugh Melnick
_____
(Type or Print Name)

**Range Resources Corporation (RRC)**                                          **Hugh Melnick**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase | 11/1/2016 | 3,000 | $32.7400 |
| Purchase | 2/17/2017 | 1,600 | $30.9200 |
| Purchase | 2/24/2017 | 3,000 | $28.0800 |
| Purchase | 6/1/2017 | 5,000 | $23.0800 |
| Purchase | 6/16/2017 | 3,000 | $23.1400 |
| Purchase | 10/25/2017 | 6,400 | $17.8100 |
| Purchase | 11/15/2017 | 2,000 | $17.1400 |
| Purchase | 1/11/2018 | 1,000 | $17.2300 |
| Purchase | 1/11/2018 | 3,000 | $17.0400 |
| Purchase | 1/25/2018 | 200 | $15.6400 |
| Purchase | 2/28/2018 | 100 | $13.8200 |
| Purchase | 3/22/2019 | 1,500 | $10.7500 |
| Purchase | 3/22/2019 | 500 | $10.9900 |
| Sale | 6/1/2017 | (5,000) | $23.2800 |
| Sale | 6/16/2017 | (3,000) | $23.2100 |
| Sale | 11/15/2017 | (2,000) | $17.1700 |
| Sale | 3/27/2018 | (500) | $14.3900 |
| Sale | 9/24/2018 | (300) | $17.3900 |
| Sale | 12/24/2018 | (8,600) | $9.8100 |
| **Account 2** | | | |
| Purchase | 6/2/2017 | 3,500 | $22.3200 |
| Purchase | 6/12/2017 | 1,000 | $23.4800 |
| Sale | 8/9/2017 | (144) | $16.9700 |
| Sale | 8/10/2017 | (465) | $16.9700 |
| Sale | 8/15/2017 | (88) | $17.6100 |
| Sale | 12/12/2017 | (119) | $16.3200 |
| Sale | 12/13/2017 | (86) | $16.1700 |
| Sale | 1/2/2018 | (3,598) | $17.4600 |
| **Account 3** | | | |
| Purchase | 6/8/2016 | 1,000 | $44.2800 |
| Purchase | 10/26/2016 | 4,000 | $34.4600 |
| Purchase | 2/21/2017 | 2,500 | $30.6900 |
| Purchase | 2/23/2017 | 5,000 | $29.3600 |
| Purchase | 2/24/2017 | 5,000 | $28.0800 |
| Purchase | 3/21/2017 | 3,000 | $27.6500 |
| Purchase | 5/26/2017 | 7,000 | $23.7900 |
| Purchase | 6/7/2017 | 12,000 | $22.3300 |
| Purchase | 6/19/2017 | 500 | $22.9200 |
| Purchase | 6/27/2017 | 1,500 | $22.8600 |
| Purchase | 7/6/2017 | 400 | $21.9500 |
| Purchase | 8/1/2017 | 1,200 | $20.7000 |
| Purchase | 8/3/2017 | 6,900 | $17.7400 |
| Purchase | 8/4/2017 | 2,000 | $17.7000 |
| Purchase | 10/25/2017 | 5,600 | $17.8100 |
| Purchase | 10/27/2017 | 5,000 | $18.0200 |
| Purchase | 1/5/2018 | 350 | $16.9900 |

**Range Resources Corporation (RRC)**                                          **Hugh Melnick**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 1/11/2018 | 2,000 | $17.2300 |
| Purchase | 1/16/2018 | 4,000 | $17.0400 |
| Purchase | 1/25/2018 | 350 | $15.6400 |
| Purchase | 2/14/2018 | 1,800 | $13.1400 |
| Purchase | 2/16/2018 | 400 | $13.5600 |
| Purchase | 3/25/2019 | 3,000 | $10.9800 |
| Sale | 6/8/2016 | (1,500) | $46.1300 |
| Sale | 5/26/2017 | (7,000) | $24.2400 |
| Sale | 6/7/2017 | (12,000) | $22.3700 |
| Sale | 10/27/2017 | (5,000) | $18.0400 |
| Sale | 3/27/2018 | (1,000) | $14.3900 |
| Sale | 5/31/2018 | (1,000) | $15.7000 |
| Sale | 9/25/2018 | (1,000) | $17.3900 |
| Sale | 11/19/2018 | (2,500) | $17.0400 |
| Sale | 12/24/2019 | (6,000) | $4.8500 |

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.   I, Hugh Melnick, on behalf of the estate of Lori Sherriton Melnick (the "Estate"), as Executor of the Estate, with authority to bind the Estate and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.   I have reviewed a Complaint against Range Resources Corporation ("Range Resources" or the "Company") and authorize the filing of a comparable complaint on behalf of the Estate.

3.   Neither Mrs. Melnick nor her Estate purchased or acquired Range Resources securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve, on behalf of the Estate, as a representative party on behalf of a Class of investors who purchased or otherwise acquired Range Resources securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.   The attached sheet lists all of the Estate's transactions in Range Resources securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I, on behalf of the Estate, have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment on behalf of the Estate for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.


Executed _____4/24/21_____
          (Date)


_____
                (Signature)

Hugh Melnick
Executor of the Estate of Lori Sherriton Melnick

**Range Resources Corporation (RRC)**                                        **Lori Sherriton Melnick**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| Purchase | 5/16/2016 | 2,500 | $38.9400 |
| Purchase | 9/16/2016 | 4,000 | $37.7000 |
| Purchase | 9/19/2016 | 2,000 | $37.4500 |
| Purchase | 9/27/2016 | 4,000 | $37.2200 |
| Purchase | 10/27/2016 | 1,000 | $35.0000 |
| Purchase | 11/30/2016 | 4,000 | $36.0700 |
| Purchase | 12/14/2016 | 4,000 | $35.3200 |
| Purchase | 12/20/2016 | 3,000 | $33.4500 |
| Purchase | 5/12/2017 | 2,500 | $25.3900 |
| Purchase | 5/15/2017 | 5,000 | $25.7700 |
| Purchase | 5/30/2017 | 4,000 | $23.8500 |
| Purchase | 5/31/2017 | 3,500 | $23.0900 |
| Purchase | 6/12/2017 | 2,000 | $23.4800 |
| Purchase | 6/19/2017 | 2,450 | $22.9200 |
| Purchase | 6/27/2017 | 3,000 | $22.8600 |
| Purchase | 6/28/2017 | 1,500 | $22.7400 |
| Purchase | 7/6/2017 | 5,000 | $21.9500 |
| Purchase | 1/29/2018 | 5,000 | $15.0900 |
| Purchase | 2/16/2018 | 1,600 | $13.5600 |
| Sale | 5/19/2016 | (2,500) | $40.4500 |
| Sale | 9/26/2016 | (3,000) | $39.1700 |
| Sale | 9/28/2016 | (6,000) | $38.1000 |
| Sale | 12/1/2016 | (4,000) | $37.3000 |
| Sale | 12/5/2016 | (1,000) | $38.5700 |
| Sale | 12/27/2016 | (3,000) | $35.0700 |
| Sale | 6/29/2017 | (603) | $23.8100 |
| Sale | 12/21/2017 | (1,000) | $16.2300 |
| Sale | 12/26/2017 | (9,347) | $17.0100 |
| Sale | 5/3/2018 | (200) | $13.5200 |
| Sale | 9/11/2018 | (1,000) | $14.7700 |
| Sale | 9/12/2018 | (1,400) | $15.4000 |
| Sale | 10/30/2018 | (2,500) | $15.4700 |
| Sale | 11/27/2018 | (3,000) | $14.8100 |
| Sale | 12/4/2018 | (1,500) | $14.7700 |
| Sale | 12/19/2018 | (4,000) | $10.9100 |
| Sale | 12/21/2018 | (4,000) | $10.0600 |
| Sale | 7/9/2019 | (400) | $6.2200 |
| Sale | 7/22/2019 | (4,746) | $5.3100 |
| Sale | 8/8/2019 | (4,135) | $4.4200 |
| Sale | 1/31/2020 | (440) | $3.0400 |
| Account 2 | | | |
| Purchase | 2/17/2017 | 2,000 | $30.9200 |
| Purchase | 6/21/2017 | 500 | $21.3800 |
| Purchase | 8/1/2017 | 1,050 | $20.7000 |
| Sale | 4/10/2018 | (20) | $14.8500 |
| Sale | 6/27/2018 | (30) | $17.3100 |