# LAW OFFICE OF ALFRED G. YATES, JR., P.C.

**300 Mt. Lebanon Boulevard, Suite 206-B**
**Pittsburgh, Pennsylvania 15234-1507**
**Phone: 1(800) 391-5164**
**Email: yateslaw@aol.com**

**ALFRED G. YATES, JR.,** born Sarver, Pennsylvania; AV Rating from Martindale-Hubbell; admitted to the bar of the Commonwealth of Pennsylvania and the U.S. District Court for the Western District of Pennsylvania (1973); U.S. Court of Appeals, Third Circuit (1982). Education: University of Pittsburgh (J.D., 1973), College of William and Mary (A.B., 1968). With U.S. Army 1968-1970.

**GERALD L. RUTLEDGE**, born Bronxville, New York; admitted to the bar of the Commonwealth of Pennsylvania and the U.S. District Court for the Western District of Pennsylvania (1991); U.S. Court of Appeals, Third Circuit (1996). Education: Duquesne University School of Law (J.D., 1991), Carnegie Mellon University (B.S., 1988).

## FIRM RESUME

The Law Office of Alfred G. Yates Jr., PC has been engaged for over 25 years in class action litigation, securities, consumer, antitrust, ERISA and FLSA actions. The firm's office is located in Pittsburgh, Pennsylvania. The firm is currently litigating class and consumer cases pending in federal and state courts across the United States. As shown below, the firm has successfully represented defrauded consumers, stockholders and investors in many recoveries.

The firm has served as local counsel in litigation in federal court for the United States District Court for the Western District of Pennsylvania leading to recoveries as follows: *Bell, et al. v. Fore Systems, Inc., et al.*, No. 97-cv-1265, $11.7 million; *Black Box Sec. Litig.*, No. 03-cv-412, $2 million; *Black Box Corp. Derivative Litig.* 2:06-cv-01531-JFC (financial relief worth over $14 million to the company); *Blue Cross of Western Pennsylvania Litig.*, No. 93-1591, $16 million; *Citiline Holdings, Inc. v. Printcafe Software, Inc., et al.*, No. 03-cv-0959, $1.6 million; *Chambers Sec. Litig.*, No. 92-cv-0679, $95 million; *Di Cicco, et al. v. American Eagle Outfitters, Inc., et al.*, No. 95-cv-1937, $1.95 million; *DQE, Inc. Sec. Litig.*, Master File No. 01-cv-1851, $12 million, *Fox vs. Equimark Corporation, et al.*, No. 90-cv-1504, $6.5 million cash; *Federated Mutual Funds Excessive Fee Litig.*, No. 2:04-cv-352-DSC; *Butler, et al. v. Northstar Health Services, Inc., et al.*, No. 96-cv-701, $5.7 million; *Lan v. Ludrof et al.,* 1:06-cv-00114-SJM, $5.2 million; *Moorhead v. Consol Energy, Inc., et al* No. 03-cv-1588, $2.7 million; *Ominsky v. PNC Financial Corp.*, No. 2:90-cv-592, $6.3 million, *Christner v. PNC Bank Corp.*, No. 2:94-cv-1961, $5.45 million; *PNC Financial Services Group, Inc. Sec. Litig.*, No. 02-cv-0271, $36.6 million; *Schmitzer, et al. vs. The Italian Oven, Inc., et al.*, No. 96-cv-1248, $3.278 million; *Sulcus Computer Sec. Litig. II*, No. 94-cv-0565, $800,000 and 1.4 million common shares of Sulcus stock; *Tri-Star Farms Limited v. Marconi PLC, et al.*, 01-cv-1573, $7.1 million, and *Westinghouse Sec. Litig.*, No. 91-cv-354, $67.25 million.

The firm has also served as plaintiffs' counsel in antitrust and consumer product liability class actions and mass tort actions including: *Aggrenox Antitrust Litigation*, 3:14-md-02516, (D. Conn.), *Automotive Refinishing Paint Antitrust Litig.*, MDL Docket No. 1426 (E.D. Pa.); *Baycol Products Liability Litig.*, MDL 1431 (D. Minn.); *Buspirone Antitrust Litig.*, MDL No. 1410 (S.D. NY); *Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. M-02-1486 PJH (N.D. Ca.); *Electrical Carbon Products Antitrust Litig.*, MDL No. 1514; *Hypodermic Products Antitrust Litig.*, 05-cv-1602 (JLL/CCC) (D. N.J.); *Lidoderm Antitrust Litig.*, 3:14-md-02521 N.D. Ca,), *Lupron Drug Cases*, Judicial Council Coordination Proceeding No. 4238 (Master File No. 402591)(Superior Ct. Ca.); *Meridia Products Liability Litig.*, MDL No. 1481, Case No. 5:2002-cv-08000(JSG/PH)(N.D. Ohio, Eastern Div.); *Microsoft Corp. Antitrust Litig.*, MDL No. 1332 (D. MD); *Mirapex End-Payor Antitrust Litig.*, 2:09-cv-01044-GLL; *Mushroom Direct Purchaser Antitrust Litig.,* 06-cv-620 (E.D. PA), and *Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litig.*, 2:13-md-02445 (E.D. Pa.).

The firm has also served as plaintiffs' counsel in ERISA cases arising out of breaches of fiduciary duties to 401(k) Plan Participants in cases such as *Boston Scientific Corp. ERISA Litig.,* 1:06-cv-10105-JLT, (D. MA); *Cardinal Health, Inc. ERISA Litig.*, C2-04-643 (S.D. Ohio); *General Electric Company ERISA Litig.*, No. 06-cv-315(GLS/RDH) (S.D.N.Y.); *Lanfear v. Home Depot, Inc. et al.,* 1:07-cv-00197-ODE (N.D. GA); *Lear ERISA Litig.*, No. 06-11735 (E.D. Mich.); and *Shanehchian v. Macy's, Inc.*, 1:07-cv-00828-SAS-TSH (S.D. OH).

In cases in which our firm has been involved, the court has recognized the contributions of our counsel.

In *Di Cicco, et al. v. American Eagle Outfitters, Inc., et al.*, 95-CV-1937 (W.D. Pa), Magistrate Judge Kenneth J. Benson wrote:

*"The court has never seen a more thorough tracking of the requirements for a good class action settlement than that pursued by counsel in this case...The court has been impressed with the competence and candor of counsel..."*

District Judge Thomas J. Platt in *Nature's Bounty, Inc., Sec. Litig.*, 94-CV-4818 (E.D. NY), wrote:

*"Plaintiffs here are represented by several well-known securities litigation firms and by practitioners who, collectively, have many years of experience litigating securities class actions. There can be no question but that plaintiffs' counsel are adequately skilled and experienced to conduct the proposed litigation."*

Court of Common Pleas Judge Christine A. Ward in *Portec Rail Products, Inc. Shareholders Litigation*, G.D. 10-003547 (Pa C.P. Court, Allegheny County) stated after a two day preliminary injunction hearing:

*"[H]earing a case that's presented by counsel of this caliber, it's a real treat, it's a delight..."*