**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY,<br><br>       Defendants. | Case No. 2:21-cv-00301-RJC<br><br>CLASS ACTION |

**DECLARATION OF GARY F. LYNCH IN SUPPORT OF JOSEPH ROTUNNO'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Gary F. Lynch, declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted in this Court. I am a founding partner in the law firm of Carson Lynch. I submit this declaration in support of the motion filed by Joseph Rotunno ("Rotunno"), for (1) appointment as Lead Plaintiff and (2) approval of Rotunno's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Carson Lynch to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:    First Notice of Pendency of a Class Action

Exhibit B:    Rotunno's PSLRA Certification

Exhibit C:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit D:    Women's Business Enterprise National Council Certificate

Exhibit E:    Firm Resume of Carson Lynch

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of May 2021 at Pittsburgh, PA.

*/s/ Gary F. Lynch*
Gary F. Lynch

1