# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Joseph Rotunno, ("Movant"), declare, as to the claims asserted under the federal securities laws, that:

1. Movant has reviewed a draft complaint against Range Resources Corporation and has authorized the filing of a motion to be appointed lead plaintiff.

2. Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. Movant understands that, consistent with Movant's fiduciary duties, Movant will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4. Movant did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

5. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6. Movant's transactions in Range Resources Corporation securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7. In the past three years, Movant has sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws in the following case:

   *Woodley v. Gulfport Energy Corporation et al.*, Case No. 1:20-cv-02357 (S.D.N.Y.)- selected to be Lead Plaintiff

8. Movant will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court. Movant further understands that this is not a claim form and that Movant's ability to share in any recovery as a member of the class is unaffected by Movant's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 29th day of April, 2021.

DocuSigned by:

*Joseph Rotunno*
41A8804DB3494B7...

Joseph Rotunno

| Common Stock | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 8/4/2016 | 1,508 | $40.0700 |
| Purchase | 8/4/2016 | 2,734 | $40.0700 |
| Purchase | 8/4/2016 | 758 | $40.0600 |
| Sale | 8/4/2016 | (4,604) | $40.1100 |
| Sale | 8/4/2016 | (396) | $40.1100 |
| Purchase | 8/5/2016 | 1,787 | $39.6300 |
| Purchase | 8/5/2016 | 142 | $39.6299 |
| Purchase | 8/5/2016 | 371 | $39.6299 |
| Purchase | 8/5/2016 | 1,000 | $39.6290 |
| Purchase | 8/5/2016 | 200 | $39.6250 |
| Purchase | 8/5/2016 | 1,500 | $39.6200 |
| Sale | 8/5/2016 | (1,624) | $40.0650 |
| Sale | 8/5/2016 | (176) | $40.0610 |
| Sale | 8/5/2016 | (2,500) | $40.0601 |
| Sale | 8/5/2016 | (100) | $40.0600 |
| Sale | 8/5/2016 | (300) | $40.0520 |
| Sale | 8/5/2016 | (300) | $40.0510 |
| Purchase | 8/9/2016 | 2,500 | $39.0392 |
| Sale | 8/10/2016 | (2,500) | $39.1300 |
| Purchase | 10/21/2016 | 1,000 | $37.3994 |
| Purchase | 10/21/2016 | 800 | $37.1400 |
| Purchase | 10/21/2016 | 200 | $37.1399 |
| Sale | 10/21/2016 | (2,000) | $37.3500 |
| Purchase | 10/24/2016 | 1,000 | $35.7500 |
| Sale | 10/24/2016 | (100) | $35.9200 |
| Sale | 10/24/2016 | (900) | $35.9110 |
| Purchase | 10/26/2016 | 1,000 | $34.0090 |
| Purchase | 10/26/2016 | 1,000 | $33.7900 |
| Sale | 10/26/2016 | (2,000) | $34.2609 |
| Purchase | 11/1/2016 | 1,000 | $32.0800 |
| Sale | 11/1/2016 | (610) | $32.3800 |
| Sale | 11/1/2016 | (390) | $32.3800 |
| Purchase | 11/2/2016 | 1,000 | $31.5900 |
| Sale | 11/2/2016 | (1,000) | $31.7821 |
| Purchase | 11/8/2016 | 1,000 | $32.1588 |
| Purchase | 11/8/2016 | 1,000 | $32.0388 |
| Purchase | 11/8/2016 | 1,000 | $32.0679 |
| Sale | 11/8/2016 | (2,000) | $32.2201 |
| Purchase | 11/9/2016 | 1,000 | $31.9737 |
| Sale | 11/9/2016 | (1,000) | $32.2800 |
| Sale | 11/9/2016 | (1,000) | $32.6204 |
| Purchase | 11/11/2016 | 1,000 | $32.0640 |
| Purchase | 11/11/2016 | 1,000 | $31.9590 |
| Sale | 11/11/2016 | (2,000) | $32.1200 |

| Common Stock | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 12/16/2016 | 5,000 | $36.0000 |
| Purchase | 12/30/2016 | 5,000 | $34.2890 |
| Purchase | 1/24/2017 | 1,600 | $34.2400 |
| Purchase | 1/24/2017 | 3,400 | $34.2299 |
| Purchase | 1/24/2017 | 1,100 | $34.2099 |
| Purchase | 1/24/2017 | 1,400 | $34.2099 |
| Purchase | 1/24/2017 | 1,600 | $34.2090 |
| Purchase | 1/24/2017 | 400 | $34.2050 |
| Purchase | 1/24/2017 | 500 | $34.2050 |
| Sale | 4/18/2019 | (600) | $9.7000 |
| Sale | 4/18/2019 | (19,400) | $9.6900 |
| Purchase | 7/2/2019 | 1,000 | $6.2099 |
| Purchase | 7/11/2019 | 200 | $6.1600 |
| Purchase | 7/11/2019 | 300 | $6.1568 |
| Purchase | 7/11/2019 | 300 | $6.1509 |
| Purchase | 7/11/2019 | 200 | $6.1500 |
| Sale | 7/11/2019 | (1,000) | $6.2542 |
| Sale | 7/11/2019 | (1,000) | $6.1841 |
| Purchase | 12/19/2019 | 1,900 | $4.9750 |
| Sale | 1/8/2020 | (900) | $4.4933 |
| Sale | 1/8/2020 | (1,000) | $4.4930 |
| Purchase | 1/17/2020 | 5,000 | $3.9850 |
| Purchase | 2/11/2020 | 5,000 | $2.9350 |
| Sale | 4/8/2020 | (10,000) | $3.6200 |
| Purchase | 12/7/2020 | 13 | $7.0100 |
| Purchase | 12/7/2020 | 500 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 1 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 44 | $7.0100 |
| Purchase | 12/7/2020 | 300 | $7.0100 |
| Purchase | 12/7/2020 | 14 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 200 | $7.0100 |
| Purchase | 12/7/2020 | 198 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 30 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 200 | $7.0100 |

DocuSign Envelope ID: C81F9F5F-086C-4F4E-93DC-FF9ECE4861D4

| Common Stock | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 300 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 200 | $7.0100 |
| Purchase | 12/7/2020 | 100 | $7.0100 |
| Purchase | 12/7/2020 | 200 | $7.0090 |
| Purchase | 12/7/2020 | 300 | $7.0090 |
| Purchase | 12/7/2020 | 100 | $7.0050 |
| Purchase | 12/7/2020 | 100 | $7.0050 |
| Purchase | 12/7/2020 | 600 | $7.0050 |
| Purchase | 12/7/2020 | 400 | $6.9800 |
| Purchase | 12/7/2020 | 1,200 | $6.9800 |
| Purchase | 12/7/2020 | 1,000 | $6.9800 |
| Purchase | 12/7/2020 | 300 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 400 | $6.9800 |
| Purchase | 12/7/2020 | 94 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 1 | $6.9800 |
| Purchase | 12/7/2020 | 100 | $6.9800 |
| Purchase | 12/7/2020 | 105 | $6.9800 |
| Purchase | 12/7/2020 | 300 | $6.9750 |
| Purchase | 12/7/2020 | 200 | $6.9750 |
| Purchase | 12/7/2020 | 100 | $6.9750 |
| Purchase | 12/7/2020 | 100 | $6.9750 |
| Purchase | 12/7/2020 | 500 | $6.7900 |
| Purchase | 12/7/2020 | 100 | $6.7900 |
| Purchase | 12/7/2020 | 207 | $6.7900 |
| Purchase | 12/7/2020 | 200 | $6.7900 |
| Purchase | 12/7/2020 | 100 | $6.7900 |
| Purchase | 12/7/2020 | 100 | $6.7900 |
| Purchase | 12/7/2020 | 200 | $6.7900 |
| Purchase | 12/7/2020 | 28 | $6.7900 |
| Purchase | 12/7/2020 | 2,156 | $6.7900 |
| Purchase | 12/7/2020 | 13 | $6.7900 |

| Common Stock | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 12/7/2020 | 7 | $6.7900 |
| Purchase | 12/7/2020 | 14 | $6.7900 |
| Purchase | 12/7/2020 | 6 | $6.7900 |
| Purchase | 12/7/2020 | 4 | $6.7900 |
| Purchase | 12/7/2020 | 5 | $6.7900 |
| Purchase | 12/7/2020 | 3 | $6.7900 |
| Purchase | 12/7/2020 | 16 | $6.7900 |
| Purchase | 12/7/2020 | 19 | $6.7900 |
| Purchase | 12/7/2020 | 5 | $6.7900 |
| Purchase | 12/7/2020 | 10 | $6.7900 |
| Purchase | 12/7/2020 | 88 | $6.7900 |
| Purchase | 12/7/2020 | 10 | $6.7900 |
| Purchase | 12/7/2020 | 4 | $6.7900 |
| Purchase | 12/7/2020 | 25 | $6.7900 |
| Purchase | 12/7/2020 | 11 | $6.7900 |
| Purchase | 12/7/2020 | 3 | $6.7900 |
| Purchase | 12/7/2020 | 16 | $6.7900 |
| Purchase | 12/7/2020 | 10 | $6.7900 |
| Purchase | 12/7/2020 | 4 | $6.7900 |
| Purchase | 12/7/2020 | 13 | $6.7900 |
| Purchase | 12/7/2020 | 3 | $6.7900 |
| Purchase | 12/7/2020 | 11 | $6.7900 |
| Purchase | 12/7/2020 | 21 | $6.7900 |
| Purchase | 12/7/2020 | 88 | $6.7900 |
| Purchase | 12/7/2020 | 500 | $6.7900 |
| Purchase | 12/7/2020 | 500 | $6.7900 |
| Sale | 12/7/2020 | (5,000) | $7.1200 |
| Sale | 12/8/2020 | (4,788) | $6.9300 |
| Sale | 12/8/2020 | (4,286) | $6.9300 |
| Sale | 12/8/2020 | (49) | $6.9300 |
| Sale | 12/8/2020 | (512) | $6.9300 |
| Sale | 12/8/2020 | (34) | $6.9300 |
| Sale | 12/8/2020 | (22) | $6.9300 |
| Sale | 12/8/2020 | (100) | $6.9300 |
| Sale | 12/8/2020 | (38) | $6.9300 |
| Sale | 12/8/2020 | (28) | $6.9300 |
| Sale | 12/8/2020 | (27) | $6.9300 |
| Sale | 12/8/2020 | (16) | $6.9300 |
| Sale | 12/8/2020 | (100) | $6.9300 |

DocuSign Envelope ID: C81F9F5F-086C-4F4E-93DC-FF9ECE4861D4

| RRC 11/18/2016 P34 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 11/17/2016 | (10) | $0.3100 |
| Sold to Open | 11/17/2016 | (10) | $0.3100 |
| Sold to Open | 11/18/2016 | (25) | $0.0800 |
| Sold to Open | 11/18/2016 | (16) | $0.0800 |
| Sold to Open | 11/18/2016 | (9) | $0.0800 |

| RRC 12/16/2016 P36 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 12/9/2016 | (50) | $0.25000 |

| RRC 1/20/2017 C35 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 1/17/2017 | (100) | $0.1500 |

| RRC 2/17/2017 C34 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 1/26/2017 | (6) | $1.1700 |
| Sold to Open | 1/26/2017 | (100) | $1.1600 |
| Sold to Open | 1/26/2017 | (94) | $1.1000 |
| Bought to Close | 1/30/2017 | 100 | $0.9400 |
| Bought to Close | 1/30/2017 | 100 | $0.9300 |

| RRC 2/17/2017 C35 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 2/1/2017 | (100) | $0.2100 |
| Sold to Open | 2/1/2017 | (100) | $0.2000 |

| RRC 8/24/2018 C17 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 8/24/2018 | (20) | $0.0500 |

DocuSign Envelope ID: C81F9F5F-086C-4F4E-93DC-FF9ECE4861D4

| RRC 9/15/2017 C33 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 5/26/2017 | (80) | $0.2200 |
| Sold to Open | 5/26/2017 | (120) | $0.2100 |

| RRC 7/10/2020 P5.5 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 7/1/2020 | (10) | $0.2500 |

| RRC 11/20/2020 P6.5 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 11/16/2020 | (6) | $0.0500 |
| Sold to Open | 11/16/2020 | (2) | $0.0500 |
| Sold to Open | 11/16/2020 | (12) | $0.0500 |

| RRC 12/11/2020 P6.5 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 12/8/2020 | (50) | $0.0700 |

| RRC 1/8/2021 P7.5 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Open | 1/8/2021 | (100) | $0.0500 |