UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, <br><br> Defendants. | Case No. 2:21-cv-301 |

**DEFENDANTS' MOTION TO TRANSFER VENUE
TO THE NORTHERN DISTRICT OF TEXAS**

Defendants Range Resources Corporation, Jeffrey L. Ventura, Mark S. Scucchi, and Roger S. Manny respectfully move this Court to transfer this action to the United States District Court for the Northern District of Texas under 28 U.S.C. § 1404(a).  This suit is a nationwide securities class action against Range Resources, which is headquartered in the Northern District of Texas, and its current and former executives, all of whom live in the Northern District of Texas.  Each of the challenged securities disclosures was made and approved at Range's headquarters in Texas, by employees who live and work in the Fort Worth, Texas area.  For the reasons explained in Defendants' accompanying memorandum and the declaration of David P. Poole, Range's Senior Vice President – General Counsel and Corporate Secretary, Defendants respectfully request that this Court grant the motion and transfer this suit to the United States District Court for the Northern District of Texas.

Counsel for Defendants has discussed this motion with J. Alexander Hood II, counsel for plaintiff Howard Jacobowitz, and has been informed that Plaintiff opposes this motion.

1

2

Dated: May 4, 2021                        WILLIAMS & CONNOLLY LLP


                                          */s/ Zachary K. Warren*_____
                                          Amanda M. MacDonald
                                                  (motion for admission pending)
                                          Zachary K. Warren (Bar No. 1015292)
                                          Michael J. Mestitz
                                                  (motion for admission pending)
                                          725 Twelfth Street, N.W.
                                          Washington, DC 20005
                                          (202) 434-5000
                                          (202) 434-5029
                                          amacdonald@wc.com
                                          zwarren@wc.com
                                          mmestitz@wc.com