UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, <br><br> Defendants. | Case No. 2:21-cv-301 |

## [PROPOSED] ORDER OF THE COURT

**AND NOW**, this \_\_\_\_ day of \_\_\_\_\_, 2021, upon consideration of Defendants' Motion to Transfer Venue to the Northern District of Texas, it is hereby **ORDERED** that the motion is **GRANTED**, and the above-captioned matter is **TRANSFERRED** to the United States District Court for the Northern District of Texas, forthwith.

**BY THE COURT:**

_____
**Judge Robert J. Colville**