# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY,<br><br>Defendants. | Case No. 2:21-cv-301 |

**DECLARATION OF DAVID P. POOLE IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE
TO THE NORTHERN DISTRICT OF TEXAS**

I, David P. Poole, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am Senior Vice President – General Counsel and Corporate Secretary of Range Resources Corporation, which I refer to as "Range" in this declaration.  My office address is 100 Throckmorton Street, Suite 1200, Fort Worth, Tarrant County, Texas.  I reside in Tarrant County, Texas.

2.      I submit this declaration in support of Defendants' motion to transfer venue of this civil action to the United States District Court for the Northern District of Texas.

3.      The facts set forth in this declaration are based either on my personal knowledge or on information provided to me as Corporate Secretary of Range.

4.      Range is an independent natural gas, natural gas liquids, and oil exploration and production company engaged in the exploration, development and acquisition of natural gas and oil properties in the United States.

1

5.      Range is headquartered at 100 Throckmorton Street, Suite 1200, Fort Worth, Tarrant County, Texas.  Range's executives and key decisionmakers, including its Chief Executive Officer, Chief Financial Officer, Chief Operating Officer and Principal Accounting Officer, work from Range's Texas headquarters.  Tarrant County is in the Fort Worth Division of the Northern District of Texas.

6.      Jeffrey L. Ventura is Range's President and Chief Executive Officer.  Mr. Ventura resides in Colleyville, Texas, which is in Tarrant County, and thus he resides within the Fort Worth Division of the Northern District of Texas.  He works primarily from Range's corporate headquarters in Fort Worth, where he maintains his office.

7.      Mark S. Scucchi is Range's Senior Vice President and Chief Financial Officer.  Mr. Scucchi resides in Dallas, Dallas County, Texas, which is in the Northern District of Texas, Dallas Division. Mr. Scucchi works primarily from Range's corporate headquarters in Fort Worth, where he maintains his office.

8.      Roger S. Manny was Range's Chief Financial Officer until his retirement in May 2018.  Mr. Manny resides in Colleyville, Tarrant County, Texas, where he also resided while he served as Chief Financial Officer of Range.  Mr. Manny thus resides within the Fort Worth Division of the Northern District of Texas.  While he was Range's CFO, Mr. Manny worked primarily from Range's corporate headquarters in Fort Worth, where he maintained his office.

9.      As CEO and CFO, Mr. Ventura and Mr. Scucchi are among the three key senior officers of Range who have critical roles at the company.  It would be significantly more burdensome and disruptive for Range if Mr. Ventura and Mr. Scucchi had to appear physically for trial or other proceedings in the Western District of Pennsylvania than in the Northern District of Texas.

10.     I have reviewed Plaintiff's Complaint (ECF No. 1) in this civil action.  The Range employees who were responsible for preparing, certifying, and approving the Company's Form 10-K and 10-Q filings referenced in the Complaint, including the Principal Accounting Officer Dori Ginn, work at Range's Fort Worth headquarters, live in the Fort Worth area, and completed each of these filings in Fort Worth.  While employees in Fort Worth obtain information from Range employees in Pennsylvania in connection with Range's securities disclosures, it is the Fort Worth-based officers and employees who ultimately prepare, certify, approve, and file the securities disclosures cited in the Complaint.

11.     Mr. Ventura, Mr. Scucchi, and Mr. Manny signed the Sarbanes-Oxley certifications cited in the Complaint at Range's Fort Worth headquarters.  The documents were filed with the Securities and Exchange Commission from Range's headquarters in Fort Worth.

12.     Range's investor relations department employees, who assist with securities filings, earnings releases and other communications with investors such as quarterly calls and press releases, work from at Range's Fort Worth headquarters office and live in the Fort Worth area.

13.     Employees in Range's accounting department, who are responsible for the company's securities filings, as well as Range's accounting and financial information, work from Range's Fort Worth headquarters and live in the Fort Worth area.

14.     Range's financial statements are audited by Ernst & Young LLP in Fort Worth.

15.     The employees responsible for conducting electronic searches of Range's IT systems for documents, information, and email that are requested in litigation matters are in Range's Legal and IT departments, and work and reside in the Fort Worth, Texas area.

16.     Range believes that the Northern District of Texas is a more convenient forum for Range to litigate this case, will cause substantially less disruption to company operations, and

3

result in Range incurring less expense than if this case were to proceed in the Western District of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Fort Worth, Texas, on May 2, 2021.

David P. Poole

4