# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:21–cv–00301–RJC

| | |
|---|---|
| JACOBOWITZ v. RANGE RESOURCES CORPORATION et al | Date Filed: 03/04/2021 |
| Assigned to: Judge Robert J. Colville | Date Terminated: 06/16/2021 |
| Cause: 15:78m(a) Securities Exchange Act | Jury Demand: Plaintiff |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**HOWARD JACOBOWITZ**
*Individually and On Behalf of All Others*
*Similarly Situated*

represented by **Alfred G. Yates , Jr.**
Law Office of Alfred G. Yates, Jr., P.C.
1575 McFarland Road
Ste 305
Pittsburgh, PA 15216
412–391–5164
Email: yateslaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood , II**
Pomerantz LLP
600 Third Avenue, Floor 20
New York, NY 10016
212–661–1100
Email: ahood@pomlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Lieberman**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212–661–1100
Fax: 917–463–1044
Email: jalieberman@pomlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tamar A Weinrib**
Pomerantz
600 Third Avenue
20th Floor
New York, NY 10016
212–661–1100
Fax: 917–463–1044
Email: taweinrib@pomlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

HUGH MELNICK                                represented by **Alfred G. Yates , Jr.**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **J. Alexander Hood , II**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Jeremy A. Lieberman**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Tamar A Weinrib**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

RANGE RESOURCES CORPORATION                 represented by **Zachary K. Warren**
                                            Williams & Connolly LLP
                                            725 Twelfth Street NW
                                            Washington, DC 20005
                                            202–434–5252
                                            Email: zwarren@wc.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

JEFFREY L. VENTURA                          represented by **Zachary K. Warren**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

MARK S. SCUCCHI                             represented by **Zachary K. Warren**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

ROGER S. MANNY                              represented by **Zachary K. Warren**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Movant**

**Henry Frenzel**                                                     represented by **Brett D. Stecker**
                                                                     Shuman Glenn & Stecker
                                                                     326 West Lancaster Avenue
                                                                     Ardmore, PA 19003
                                                                     303−861−3003
                                                                     Fax: 303−536−7849
                                                                     Email: brett@shumanlawfirm.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Movant**

**James Khedari**                                                    represented by **Mark C. Rifkin**
                                                                     Wolf, Haldenstein, Adler, Freeman & Herz
                                                                     270 Madison Avenue
                                                                     New York, NY 10016
                                                                     (212) 545−4600
                                                                     Email: rifkin@whafh.com
                                                                     *ATTORNEY TO BE NOTICED*

**Movant**

**Joseph Rotunno**                                                   represented by **Gary F. Lynch**
                                                                     Carlson Lynch, LLP
                                                                     1133 Penn Avenue
                                                                     5th Floor
                                                                     Pittsburgh, PA 15222
                                                                     4123229243
                                                                     Email: glynch@carlsonlynch.com
                                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2021 | Ï 1 | COMPLAINT against ROGER S. MANNY, RANGE RESOURCES CORPORATION, MARK S. SCUCCHI, JEFFREY L. VENTURA (Filing fee, including Administrative fee, $402, receipt number APAWDC−6393902), filed by HOWARD JACOBOWITZ. (Attachments: # 1 Certification Pursuant to Federal Securities Laws, # 2 Appendix, # 3 Civil Cover Sheet) (jjg) (Entered: 03/04/2021) |
| 03/04/2021 | Ï 2 | Summons Issued as to ROGER S. MANNY, RANGE RESOURCES CORPORATION, MARK S. SCUCCHI, JEFFREY L. VENTURA (Attachments: # 1 Summons, # 2 Summons, # 3 Summons) (jjg) (Entered: 03/04/2021) |
| 03/05/2021 | Ï 3 | ORDER REASSIGNING CASE. Judge David S. Cercone no longer assigned to case. Signed by Judge David S. Cercone on 3/5/2021. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (kly) (Entered: 03/05/2021) |
| 03/05/2021 | Ï | Judge Robert J. Colville added. (mao) (Entered: 03/05/2021) |
| 03/05/2021 | Ï 4 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (jg) (Entered: 03/05/2021) |
| 03/05/2021 | Ï 5 | |

| | | ORDER RE: Rule 12(b) Motions (details more fully stated in said Order). Signed by Judge Robert J. Colville on 3/5/21. (jg) (Entered: 03/05/2021) |
|---|---|---|
| 03/05/2021 | Ï 6 | AT&T SCHEDULING NOTICE FOR ALL TELEPHONIC CONFERENCES. Every Telephonic Conference conducted will be via an AT&T call–in number which requires participants to dial–in and provide an access code. When a Telephonic Conference is scheduled you will be instructed to refer back to this. This document has a security setting of "Case Participants Only," so only those individuals will have access to view the document. (jg) (Entered: 03/05/2021) |
| 04/01/2021 | Ï 7 | WAIVER OF SERVICE Returned Executed by HOWARD JACOBOWITZ. RANGE RESOURCES CORPORATION waiver sent on 3/15/2021, answer due 5/14/2021. (Yates, Alfred) (Entered: 04/01/2021) |
| 04/01/2021 | Ï 8 | WAIVER OF SERVICE Returned Executed by HOWARD JACOBOWITZ. ROGER S. MANNY waiver sent on 3/15/2021, answer due 5/14/2021. (Yates, Alfred) (Entered: 04/01/2021) |
| 04/01/2021 | Ï 9 | WAIVER OF SERVICE Returned Executed by HOWARD JACOBOWITZ. MARK S. SCUCCHI waiver sent on 3/15/2021, answer due 5/14/2021. (Yates, Alfred) (Entered: 04/01/2021) |
| 04/01/2021 | Ï 10 | WAIVER OF SERVICE Returned Executed by HOWARD JACOBOWITZ. JEFFREY L. VENTURA waiver sent on 3/15/2021, answer due 5/14/2021. (Yates, Alfred) (Entered: 04/01/2021) |
| 05/03/2021 | Ï 11 | MOTION to Appoint Counsel *and Lead Plaintiff* by Henry Frenzel. (Attachments: # 1 Proposed Order) (Stecker, Brett) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 12 | BRIEF in Support re 11 Motion to Appoint Counsel *and Lead Plaintiff* filed by Henry Frenzel. (Stecker, Brett) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 13 | DECLARATION re 11 MOTION to Appoint Counsel *and Lead Plaintiff* by Henry Frenzel Affiant: Brett Stecker. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – PSLRA Certification, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – Firm Resume, # 5 Exhibit E – Firm Resume) (Stecker, Brett) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 14 | MOTION to Appoint Counsel *Notice of Motion of James Khedari for Appointment as Lead Plaintiff and Approval of Counsel* by James Khedari. (Attachments: # 1 Proposed Order) (Rifkin, Mark) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 15 | BRIEF in Support re 14 Motion to Appoint Counsel *Memorandum of Law in Support of Motion of James Khedari for Appointment as Lead Plaintiff and Approval of Counsel* filed by James Khedari. (Rifkin, Mark) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 16 | DECLARATION re 14 MOTION to Appoint Counsel *Notice of Motion of James Khedari for Appointment as Lead Plaintiff and Approval of Counsel* by James Khedari. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Rifkin, Mark) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 17 | MOTION to Appoint Counsel *and Lead Plaintiff* by Hugh Melnick. (Attachments: # 1 Proposed Order) (Yates, Alfred) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 18 | BRIEF in Support re 17 Motion to Appoint Counsel *and Lead Plaintiff* filed by Hugh Melnick. (Yates, Alfred) (Entered: 05/03/2021) |
| 05/03/2021 | Ï 19 | DECLARATION re 17 MOTION to Appoint Counsel *and Lead Plaintiff and Lead Counsel* by Hugh Melnick. (Attachments: # 1 Exhibit A. (Damages Analysis), # 2 Exhibit B (Certs and Sch As), # 3 Exhibit C (PSLRA Notice), # 4 Exhibit D (Declaration), # 5 Exhibit E (Pomerantz Firm Bio), # 6 Exhibit Ex. F (Yates Firm Bio)) (Yates, Alfred) (Entered: 05/03/2021) |

| | | |
|---|---|---|
| 05/03/2021 | 20 | MOTION to Appoint Counsel *and Appointment as Lead Plaintiff* by Joseph Rotunno. (Attachments: # 1 Proposed Order) (Lynch, Gary) (Entered: 05/03/2021) |
| 05/03/2021 | 21 | BRIEF in Support re 20 Motion to Appoint Counsel filed by Joseph Rotunno. (Lynch, Gary) (Entered: 05/03/2021) |
| 05/03/2021 | 22 | DECLARATION re 20 MOTION to Appoint Counsel *and Appointment as Lead Plaintiff* by Joseph Rotunno Affiant: Gary F. Lynch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Lynch, Gary) (Entered: 05/03/2021) |
| 05/04/2021 | 23 | ORDER indicating that upon consideration of the four pending Motions for Appointment of Counsel and Appointment as Lead Plaintiff (ECF Nos. 11 , 14 , 17 and 20 ), it is ordered that any member of the purported plaintiff class wishing to prove that a prospective lead plaintiff will not fairly and adequately protect the interests of the class or is subject to unique defenses that render such plaintiff incapable of adequately representing the class must do so with the filing of a Response in Opposition thereto on or before 5/28/21. Any reply shall be filed on or before 6/11/21. Signed by Judge Robert J. Colville on 5/4/21. (jg) (Entered: 05/04/2021) |
| 05/04/2021 | 24 | NOTICE of Appearance by Zachary K. Warren on behalf of ROGER S. MANNY, RANGE RESOURCES CORPORATION, MARK S. SCUCCHI, JEFFREY L. VENTURA. (Warren, Zachary) (Entered: 05/04/2021) |
| 05/04/2021 | 25 | Disclosure Statement identifying None as corporate parent or other affiliate, by RANGE RESOURCES CORPORATION. (Warren, Zachary) (Entered: 05/04/2021) |
| 05/04/2021 | 26 | MOTION to Transfer Case *to the Northern District of Texas* by ROGER S. MANNY, RANGE RESOURCES CORPORATION, MARK S. SCUCCHI, JEFFREY L. VENTURA. (Attachments: # 1 Proposed Order) (Warren, Zachary) (Entered: 05/04/2021) |
| 05/04/2021 | 27 | BRIEF in Support re 26 Motion to Transfer Case *to the Northern District of Texas* filed by ROGER S. MANNY, RANGE RESOURCES CORPORATION, MARK S. SCUCCHI, JEFFREY L. VENTURA. (Attachments: # 1 Exhibit A) (Warren, Zachary) (Entered: 05/04/2021) |
| 05/05/2021 | 28 | ORDER indicating that hereby ordered that any response to the Motion to Transfer Case to the Northern District of Texas 26 shall be filed on or before 5/18/21 and any reply thereto shall be filed on or before 5/25/21. It is further ordered that the deadlines set forth in the order dated 5/4/21 23 shall remain in full force and effect, however consideration of the merits of the Motions for Appointment of Counsel and Appointment as Lead Plaintiff shall be held in abeyance pending resolution of the Motion to Transfer. Signed by Judge Robert J. Colville on 5/5/21. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (jg) (Entered: 05/05/2021) |
| 05/05/2021 | 29 | MOTION for attorney Jeremy A. Lieberman to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC−6498253) by HOWARD JACOBOWITZ, Hugh Melnick. (Attachments: # 1 Proposed Order, # 2 Affidavit) (Lieberman, Jeremy) (Entered: 05/05/2021) |
| 05/06/2021 | 30 | ORDER granting 29 Motion for Admission Pro Hac Vice of Jeremy A. Lieberman,Esquire, and Jeremy A. Lieberman, Esquire is hereby admitted to this Court pro hac vice for the purpose of representing Plaintiff Howard Jacobowitz and Lead Plaintiff Movant, Hugh Melnick in the above−captioned action. Signed by Judge Robert J. Colville on 5/6/21. (jg) (Entered: 05/06/2021) |
| 05/07/2021 | 31 | STIPULATION *and Proposed Order Regarding Response to Complaint* by ROGER S. MANNY, RANGE RESOURCES CORPORATION, MARK S. SCUCCHI, JEFFREY L. VENTURA. (Warren, Zachary) (Entered: 05/07/2021) |
| 05/07/2021 | 32 | STIPULATION and ORDER indicating that: 1. Defendants shall not be required to answer or otherwise respond to the Complaint, and are hereby expressly relieved from answering or otherwise |

responding to the Complaint; 2. Within ten (10) days of entry of an order appointing Lead Plaintiff(s) in the Action and approving Lead Counsel, Lead Counsel and counsel for Defendants shall jointly submit for the Court's approval a proposed schedule for the filing of an Amended Complaint, Defendants' response to the same (including any motion(s) to dismiss), and all associated briefing. Signed by Judge Robert J. Colville on 5/7/21. (jg) (Entered: 05/07/2021)

| | | |
|---|---|---|
| 05/18/2021 | 33 | BRIEF in Opposition re 26 Motion to Transfer Case *to the Northern District of Texas* filed by HOWARD JACOBOWITZ. (Yates, Alfred) (Entered: 05/18/2021) |
| 05/25/2021 | 34 | REPLY BRIEF re 33 Brief in Opposition to Motion *to Transfer Case to the Northern District of Texas* filed by ROGER S. MANNY, RANGE RESOURCES CORPORATION, MARK S. SCUCCHI, JEFFREY L. VENTURA. (Warren, Zachary) (Entered: 05/25/2021) |
| 05/26/2021 | 35 | MOTION for attorney J. Alexander Hood II to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC−6531587) by HOWARD JACOBOWITZ, Hugh Melnick. (Attachments: # 1 Declaration, # 2 Proposed Order) (Hood, J.) (Entered: 05/26/2021) |
| 05/26/2021 | 36 | ORDER granting 35 Motion for Admission Pro Hac Vice of J. Alexander Hood, II, Esquire, and J. Alexander Hood, II, Esquire is hereby admitted to this Court pro hac vice for the purpose of representing Plaintiff Howard Jacobowitz and Lead Plaintiff Movant, Hugh Melnick in the above−captioned action. Signed by Judge Robert J. Colville on 5/26/21. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (jg) (Entered: 05/26/2021) |
| 05/27/2021 | 37 | NOTICE *of Non−Opposition to Competing Motions for Appointment of Lead Plaintiff and Approval of Counsel* by James Khedari re 14 Motion to Appoint Counsel (Rifkin, Mark) (Entered: 05/27/2021) |
| 05/28/2021 | 38 | NOTICE *of Non−Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Counsel* by Henry Frenzel re 11 Motion to Appoint Counsel (Stecker, Brett) (Entered: 05/28/2021) |
| 05/28/2021 | 39 | BRIEF in Opposition re 11 Motion to Appoint Counsel, 20 Motion to Appoint Counsel filed by Hugh Melnick. (Yates, Alfred) (Entered: 05/28/2021) |
| 05/28/2021 | 40 | NOTICE *of Joseph Rotunno's Non−Opposition to Competing Lead Plaintiff Motions* by Joseph Rotunno (Lynch, Gary) (Entered: 05/28/2021) |
| 06/14/2021 | 41 | MOTION for attorney Tamar A. Weinrib to Appear Pro Hac Vice, (Filing fee $70, Receipt # APAWDC−6561621) by HOWARD JACOBOWITZ, Hugh Melnick. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Weinrib, Tamar) (Entered: 06/14/2021) |
| 06/14/2021 | 42 | ORDER granting 41 Motion for Tamar A. Weinrib, Esquire to Appear Pro Hac Vice on behalf of Plaintiff Howard Jacobowitz and Lead Plaintiff Movant, Hugh Melnick. Signed by Judge Robert J. Colville on 6/14/21. (jg) (Entered: 06/14/2021) |
| 06/14/2021 | 43 | NOTICE *Of Non−Opposition To The Motion Of Hugh Melnick For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel* by Hugh Melnick (Yates, Alfred) (Entered: 06/14/2021) |
| 06/16/2021 | 44 | ORDER upon consideration of the Motion to Appoint Counsel and Lead Plaintiff 17 , and no opposition having been filed, and for good cause shown, it is hereby ordered that said Motion is hereby granted. The motions of all other proposed counsel and lead plaintiffs (ECF Nos 11 , 14 , and 20 ) are hereby denied as moot. It is further ordered that: 1. The Court hereby appoints Hugh Melnick ("Melnick") as Lead Plaintiff in the above−captioned action (the "Action"). Melnick satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (PSLRA); 2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Pomerantz LLP as Lead Counsel, and the |

| | | |
|---|---|---|
| | | Law Office of Alfred G. Yates, Jr., P.C. as Liaison Counsel, for the Class in the Action; 3. Lead Counsel shall have the responsibilities and duties, more fully stated in said Order, to be carried out either personally or through counsel whom Lead Counsel shall designate. Signed by Judge Robert J. Colville on 6/16/21. (jg) (Entered: 06/16/2021) |
| 06/16/2021 | 45 | MEMORANDUM OPINION re 26 Defendants' Motion to Transfer Case; An appropriate order follows. Signed by Judge Robert J. Colville on 6/16/21. (jg) (Entered: 06/16/2021) |
| 06/16/2021 | 46 | ORDER granting 26 Defendants' Motion to Transfer Venue to the Northern District of Texas; This action hereby is transferred to the United States District Court for the Northern District of Texas forthwith. The Clerk of Court shall mark this case as closed. Signed by Judge Robert J. Colville on 6/16/21. (jg) (Entered: 06/16/2021) |