IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HOWARD JACOBOWITZ, et al., § § § Plaintiffs, § § v. § § § Civil Action No. 4:21-cv-00751-P RANGE RESOURCES § CORPORATION, et al., § § § Defendants. § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order this case (ECF No. 56):

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' claims are **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **2nd day** of **July, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE