IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00751-P |
| RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, | § § § § § | |
| Defendants. | § § | |

## UNOPPOSED MOTION TO VACATE ORDER AND FINAL JUDGMENT AND REINSTATE CASE

Lead Plaintiff Hugh Melnick ("Plaintiff") respectfully submits this Motion to Vacate to this Court's July 2, 2021 Order of dismissal without prejudice and Final Judgment (ECF Nos. 56-57) ("Dismissal Orders") and reinstate this case pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)(1). In support thereof, Plaintiff states as follows:

1.      On March 4, 2021, Howard Jacobowitz, represented by current Plaintiff's counsel, filed this lawsuit in the Western District of Pennsylvania, asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of himself and others similarly situated against Defendants.  ECF No. 1.

2.      On May 3, 2021, Plaintiff Hugh Melnick filed a motion for appointment as Lead Plaintiff under the PSLRA.  ECF No. 17.

3.      On May 4, 2021, Defendants moved to transfer this suit from the Western District of Pennsylvania to this Court.  ECF No. 26.

4.      On June 16, 2021, the Western District of Pennsylvania appointed Mr. Melnick the Lead Plaintiff under the PSLRA and Pomerantz LLP as Lead Counsel.  ECF No. 44.

5.      On June 16, 2021, the Western District of Pennsylvania granted Defendants' motion to transfer the suit to this Court.  ECF Nos. 45, 46.  The Clerk transferred the suit accordingly.

6.      The same day, June 16, 2021, Lead Counsel began working with attorney Willie C. Briscoe, of The Briscoe Law Firm, located at 12700 Park Central Drive, Suite 520 Dallas, Texas 75251, as local counsel on behalf of Plaintiff. *See* Exhibit A.

7.      On June 21, 2021, this Court entered an Order directing the Parties to hold an in-person Scheduling Conference as soon as practicable and submit a Joint Report on or before July 6, 2021, pursuant to Fed. R. Civ. P. 16(b) and 26(f).  ECF No. 50.

8.      After all counsel met (with *both parties' local counsel,* Mr. David Drez and Mr. William Briscoe meeting in person in Texas, and Tamar A. Weinrib, Amanda MacDonald and Michael Mestitz participating virtually), the Parties submitted a Joint Report on June 30, 2021 (ECF No. 55) signed by all counsel, *including Plaintiff's local counsel Mr. Briscoe*.

9.      On July 2, 2021 this Court entered the Dismissal Orders due to Mr. Briscoe's inadvertent failure to timely file a Notice of Appearance in accordance with Local Rule 83.10 and the Court's "New Case Notes," filed on June 16, 2021 (ECF No. 48).

10.     Mr. Briscoe immediately thereafter filed a Notice of Appearance on July 2, 2021 (ECF No. 58). *See* Plaintiff's Exhibit B.

11.     Plaintiff respectfully requests that the Court exercise its "considerable discretion" and vacate the Dismissal Orders pursuant to Federal Rule of Civil Procedure 59(e), because it is the result of attorney error and would inflict manifest injustice on the Plaintiff.  *See* Fed. R. Civ.

P. 59(e); *Glob. Ground Automation, Inc. v. Groundrez, LLC*, Civil Action No. 6:08-cv-374-LED-JDL, 2010 U.S. Dist. LEXIS 146969, at \*10 (E.D. Tex. Sep. 14, 2010)(granting Motion to Vacate Final Judgment and Reinstate Case where "interests of justice militate in favor of relief" because plaintiff should not be "deprive[d] [] of the opportunity to pursue its claims as a result of its counsel's failure to comply with Orders from the Court").

12.    Plaintiff also respectfully submits that vacating the Dismissal Orders, *i.e.,* relief from Judgment, is warranted under Federal Rule of Civil Procedure 60(b)(1), as Mr. Briscoe has been acting as local counsel since June 16, 2021 and Mr. Briscoe's failure to timely file a Notice of Appearance is the result of, "mistake, inadvertence, surprise, or excusable neglect." *See* Fed. R. Civ. P. 60(b).

Dated:  July 2, 2021

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Tamar A. Weinrib*
Tamar A. Weinrib (admitted *pro hac vice*)
New York Sar ID No. 4304283
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (646) 581-9973
Fax: (917) 463-1044
taweinrib@pomlaw.com

Willie C. Briscoe
State Bar Number 24001788
**THE BRISCOE LAW FIRM**
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Tel: (972) 521-6868
Fax: (346) 214-7463
wbriscoe@thebriscoelawfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

On July 2, 2021, pursuant to Local Rule 7.1(b), counsel for Plaintiff Tamar A. Weinrib conferred with counsel for Defendants Amanda MacDonald telephonically regarding Plaintiff's Motion to Vacate Order and Final Judgment and Reinstate Case ("Motion"). Defense counsel indicated during said conference that Defendants do not oppose the Motion.

/s/ Tamar A. Weinrib
Tamar A. Weinrib (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2021 the forgoing pleading was served on all parties and counsel of record through CM/ECF.

/s/ Willie C. Briscoe
Willie C. Briscoe

4