# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00751-P |
| RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, | § § § § § | |
| Defendants. | § § | |

## DECLARATION OF WILLIE C. BRISCOE

I, Willie C. Briscoe, hereby declare as follows:

1.      I am an attorney with The Briscoe Law Firm, PLLC ("TBLF"), counsel on behalf of Plaintiffs and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Plaintiff's Unopposed Motion to Vacate Order and Final Judgment and Reinstate Case.

2.      I began working as local counsel on this matter on June 16, 2021 after communicating with J. Alexander Hood II of the law firm Pomerantz LLP, counsel for Plaintiffs.

3.      I am admitted to practice before this Court and aware of the local rules. Specifically, I am aware of Local Rule 83.10(a) requiring the appearance of local counsel. The lack of compliance with Local Rule 83.10(a) was an inadvertent mistake.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 2, 2021.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE