# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00751-P |
| RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, | § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.10, the undersigned hereby appears as additional counsel of record on behalf of Plaintiffs. The undersigned further certifies he is admitted to practice before this Court and respectfully requests that the Court and all parties include the undersigned counsel on any future notices and copies of pleadings, papers, and other materials relevant to this matter.

Respectfully submitted,

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
**THE BRISCOE LAW FIRM, PLLC**
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

**ATTORNEY FOR PLAINTIFF**

NOTICE OF APPEARANCE                                                        PAGE 1

## CERTIFICATE OF SERVICE

This is to certify that, on this 2nd day of July, 2021, a true and correct copy of the foregoing document was forwarded to all counsel of record via electronic service.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE
