IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOWARD JACOBOWITZ, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00751-P |
| RANGE RESOURCES CORPORATION, JEFFREY L. VENTURA, MARK S. SCUCCHI, and ROGER S. MANNY, | § § § § § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO VACATE ORDER AND FINAL JUDGMENT AND REINSTATE CASE**

Before the Court is Plaintiff's Motion to Vacate this Court's July 2, 2021 Order of dismissal without prejudice ("Order") and Final Judgment (ECF Nos. 56-57) and reinstate the above captioned Action ("Motion"). Having considered the Motion, the Court finds that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that the Court's Order of dismissal without prejudice, ECF No. 56, and Final Judgment, ECF No. 57 are hereby vacated.

It is so ordered this _____ day of _____, 2021.

_____
JUDGE MARK T. PITTMAN
U.S. DISTRICT COURT FOR THE
NOTHERN DISTRICT OF TEXAS

1