IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOWARD JACOBOWITZ, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00751-P |
| RANGE RESOURCES CORPORATION, et al., | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Vacate the July 2, 2021 Order of Dismissal without prejudice (ECF No. 56) and Final Judgment (ECF No. 57) and reinstate the above captioned case. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.** The Clerk is **INSTRUCTED** to vacate the Order of Dismissal without Prejudice (ECF No. 56) and Final Judgment (ECF No. 57) and reopen the case.

**SO ORDERED** on this **2nd day** of **July, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE