IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HOWARD JACOBOWITZ, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00751-P |
| RANGE RESOURCES CORPORATION, et al., | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's and Defendants' Joint Motion to Set Certain Case Deadlines and Otherwise Stay the Court's June 21, 2021 Order ("June 21 Order," ECF No. 50). ECF No. 55. Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED.**

It is therefore **ORDERED** that:

1. **Joinder of Parties or Amendment of Pleadings:** Plaintiff shall file his Amended Complaint **on or before July 26, 2021.**

2. **Motion to Dismiss:** Defendants shall file their Motion to Dismiss **on or before August 25, 2021.**

3. **Response:** Plaintiff shall file his response **on or before September 24, 2021.**

4. **Reply:** Defendants shall file their reply **on or before October 11, 2021.**

5. **Mediation:** In accordance with the Court's Civil Justice Expense and Delay Reduction Plan, the Court hereby **REFERS** this case to mediation and

      **APPOINTS** Don Herrmann (Mediator) as the mediator in this case. A party opposing either mediation referral or the appointed provider should file a written objection within 10 days of the date of this Order. The parties shall mediate with Mr. Herrmann **on or before December 13, 2021.** Within seven days after the mediation, the parties shall jointly prepare and file a written report, which shall be signed by counsel for each party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the effect of their mediation and whether this case has been settled by agreement of the parties.

6.     **Stay:** This Court's June 21 Order is otherwise **STAYED**, along with any other obligations or deadlines, until this Court's ruling on Defendants' Motion to Dismiss.

**SO ORDERED** on this **6th day** of **July, 2021.**

*[Signature]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE