# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **HOWARD JACOBOWITZ, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:21-cv-00751-P** |
| | § | |
| **RANGE RESOURCES** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

In its July 6, 2021 Scheduling Order (ECF No. 61), the Court appointed Donald E. Herrmann as mediator in this case.  The Court finds it appropriate to and hereby does **WITHDRAW** its appointment of Mr. Herrmann as a mediator.

The Court hereby **APPOINTS** David Seidler as mediator in this case.  The parties shall contact Mr. Seidler to schedule a mediation in compliance with the timeline and procedures as established in ECF No. 61.

**SO ORDERED** on this **2nd day** of **August, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE