UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOWARD JACOBOWITZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, AND HUGH MELNICK,**

   Plaintiffs,

v.                                                                  No. 4:21-cv-0751-P

**RANGE RESOURCES CORP., JEFFERY L. VENTURA, MARK S. SCUCCHI, ROGER S. MANNY, AND DORI A. GINN,**

   Defendants.

## ORDER

   Before the Court is Defendants' Motion to Dismiss for Failure to State a Claim ("Motion"). ECF No. 69. On December 16, 2021, the Court heard oral arguments on the Motion from counsel for both parties. At that hearing, the Court informed the parties that, given the complex and fact-intensive analysis the Court must undertake before making a ruling, it may take some time to issue an appropriate order on the Motion. Accordingly, to preserve the parties' resources and in the interest of judicial efficiency, the Court will exercise its inherent authority to manage its docket and will stay proceedings in this case pending a ruling on the Motion.

   The Court therefore **ORDERS** that all pending deadlines in this proceeding are **STAYED** pending the Court's resolution of the Motion.

   **SO ORDERED** on this **28th day** of **December, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE