UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOWARD JACOBOWITZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,**

    Plaintiff,

v.                                      No. 4:21-cv-0751-P

**RANGE RESOURCES CORPORATION ET AL.,**

    Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on March 31, 2022:

It is therefore **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice.**

The Clerk of Court is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **31st day** of **March, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE